IN RE STRADFORD

No. 371P95

Case below: 119 N.C.App. 654

Motion by Attorney General to dismiss appeal by respondent (Johnny Stradford) for lack of substantial constitutional question allowed 5 October 1995. Petition by respondent (Johnny Stradford) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

JENKINS v. RICHMOND COUNTY

No. 188P95

Case below: 118 N.C.App. 166
340 N.C. 568

Motion by defendants for sanctions pursuant to Rule 34 denied 5 October 1995. Motion by plaintiffs for reconsideration of petition for discretionary review denied 5 October 1995.

JOHNSON v. CENTRAL CAROLINA REALTY

No. 334P95

Case below: 119 N.C.App. 442

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

LOVE v. TYSON

No. 395P95

Case below: 119 N.C.App. 739

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

LYON v. MAY

No. 374P95

Case below: 119 N.C.App. 704

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 5 October 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.